IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JAMES AND DEBRA PARSONS,**
Individually and on Behalf of All
Others Similarly Situated,

   **Plaintiffs,**

 v.             Case No. 3:18cv1367/RV/CJK

**WHIRLPOOL CORPORATION, and
ECOWATER SYSTEMS LLC a/k/a
ECODYNE,**

   **Defendants.**
_____/

## ORDER

  Having received no response to my order to show cause, dated January 24, 2019 (doc. 43), this case is hereby DISMISSED, without prejudice. The Clerk is directed to close the case.

  DONE AND ORDERED this 8th day of February, 2019.

           /s/ *Roger Vinson*
           **ROGER VINSON**
           **Senior United States District Judge**